# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Laura Leon | CASE NO.: 07-cv-5226 |
| Plaintiff, | |
| v. | JUDGE: Guzman |
| Legal Mediation Practice, Inc. | MAGISTRATE JUDGE: Cox |
| Defendant. | |
| | **NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:    s/Timothy J. Sostrin
     Timothy J. Sostrin
     Attorney for Plaintiff
     20 West Kinzie; Suite 1300
     Chicago, IL 60611
     Telephone: 1.866.339.1156
     tjs@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail:

Legal Mediation Practice, Inc.
c/o Duane C. Romanello, P.A.,
Registered Agent
1919 Blanding Boulevard, Suite 8
Jacksonville, FL 32210

s/Timothy J. Sostrin